■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IVAN PARIS, Appellant

Based upon our review of the record, we conclude that the alleged trial improprieties did not deprive the defendant of a fair trial *(see, People v Roopchand,* 107 AD2d 35, *affd* 65 NY2d 837; *People v Galloway,* 54 NY2d 396). We find no merit to the defendant's contention that his sentence was excessive *(see, People v Suitte,* 90 AD2d 80).

We have reviewed the defendant's remaining contentions and find them to be without merit. Thompson, J. P., Brown, Weinstein and Harwood, JJ., concur.